**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1979**

DARLENE BALL-RICE,

                    Plaintiff - Appellant,

          v.

BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.  (8:11-cv-01398-PJM)

Submitted:  November 19, 2013        Decided:  November 21, 2013

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darlene Ball-Rice, Appellant Pro Se.  Robert Judah Baror, Linda Hitt Thatcher, THATCHER LAW FIRM, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene Ball-Rice appeals the district court's order granting summary judgment to Defendant in her employment discrimination action alleging workplace harassment based on her race and gender and retaliation. On appeal, Ball-Rice's sole contention is that her counsel was ineffective. However, a litigant in a civil action has no constitutional or statutory right to effective assistance of counsel. Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986); see Pitts v. Shinseki, 700 F.3d 1279, 1284-86 (Fed. Cir. 2012) (collecting cases recognizing rule), cert. denied, 133 S. Ct. 2856 (2013).

Accordingly, we grant leave to proceed in forma pauperis and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED